# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 1, 2010**

| 30285 | State v. Correa | Affirmed |

**December 16, 2010**

| 28633 | State v. Young | Affirmed |
| 28757 | Yuen v. Yuen | Affirmed |

**December 17, 2010**

| 29826 | Harris v. Keller | Affirmed |
| 29778 | State Dept. of Educ. v. M.S. | Affirmed |

**December 20, 2010**

| 29971 | State v. Stanton | Affirmed |

**December 23, 2010**

| 29892 | City and County of Honolulu v. Smith | Affirmed |
| 29901 | Meech v. Coello | Affirmed |
| 29947 | State v. White | Affirmed |

**December 30, 2010**

| 30257 | KC, In re | Affirmed |